## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | No. 04-460 |
| v. | : | |
| | : | CIVIL ACTION |
| TYRONE DORMAN | : | No. 16-6259 |

## **ORDER**

AND NOW, this 28th day of January, 2020, upon consideration of Defendant Tyrone Dorman's pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody, the Government's opposition thereto, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 102) is DENIED.

A certificate of appealability shall not issue because Dorman has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000).

The Clerk of Court is DIRECTED to mark the above-captioned cases CLOSED.

BY THE COURT:

Juan R. Sánchez, C.J.